HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-po-00370-JDP |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | ) ) | |
| PAUL A. BOND, | ) ) | Date: January 18, 2022 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Place: Honorable Jeremy D. Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney John E. Scanlon, and Assistant Federal Defender Linda Allison, attorney for Paul A. Bond, that the trial set for January 18, 2022 at 10:00 a.m. be continued to April 26, 2022 at 10:00 a.m.

This continuance is requested by Mr. Bond's defense counsel for trial preparation and discovery review.

By this stipulation the parties now jointly move to continue the bench trial to April 26, 2022 at 10:00 a.m.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: January 12, 2022 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | /s/ Linda C. Allison |
| | | LINDA C. ALLISON |
| 4 | | Assistant Federal Defender |
| 5 | Dated:  January 12, 2022 | PHILLIP A. TALBERT |
| 6 | | United States Attorney |
| 7 | | /s/ John E. Scanlon |
| | | JOHN E. SCANLON |
| 8 | | Special Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED that the bench trial currently set for January 18, 2022 be vacated for the reasons stated above and continued to April 26, 2022 at 10:00 a.m.

Dated:    January 12, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE