```
1  PHILLIP A. TALBERT
   United States Attorney
2  JOHN E. SCANLON
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00370-JDP |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] |
| | ) ORDER TO VACATE BENCH TRIAL AND |
| v. | ) SET CHANGE OF PLEA AND |
| | ) SENTENCING |
| PAUL A. BOND, | ) |
| | ) DATE:  April 26, 2022 |
| Defendant. | ) TIME:  10:00 a.m. |
| | ) JUDGE: Hon. Jeremy D. Peterson |
| | ) |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on April 26, 2022 at 10:00 a.m.

///
///
///
///
///

STIPULATION AND [~~PROPOSED~~] ORDER         1         U.S. v. PAUL A. BOND

2.  By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea and sentencing on April 26, 2022 at 10:00 a.m. to be held via video conference.

IT IS SO STIPULATED.

DATED: April 20, 2022           PHILLIP A. TALBERT
                                United States Attorney

                          By:   */s/ John Scanlon*
                                JOHN E. SCANLON
                                Special Assistant U.S. Attorney


                                */s/ Linda Allison*
                                LINDA C. ALLISON
                                Assistant Federal Defender
                                Counsel for Defendant
                                (*Approved via email on 4/20/2022*)


## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial currently scheduled on April 26, 2022 at 10:00 a.m. shall be vacated, and a change of plea and sentencing be set on April 26, 2022 at 10:00 a.m. to be held via video conference.

FOUND AND ORDERED this 21st day of April 2022.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE